. ROBERT E. STEWARTSON *vs.* HENRY O. LOTHROP.

No action lies for services rendered in peddling goods for another without license, in violation of law.

ACTION OF CONTRACT to recover for the services of the plaintiff and his horse in peddling for the defendant. Answer, that the services were rendered in contravention of law in peddling without a license.

At the trial in the court of common pleas, the plaintiff testified that the goods sold by him were tin and wooden ware, not the manufacture of himself or his family; that he had no license; and that neither his wagon nor the goods sold had any license marks upon them.

The defendant contended that the plaintiff could not recover, because the services rendered were in violation of *St.* 1846, *c.* 244. But *Sanger,* J., " for the purposes of the trial, ruled that the plaintiff could maintain the action, notwithstanding the statute regulating peddling, and notwithstanding the plaintiff's violation thereof in peddling as he did." The jury returned a verdict for the plaintiff, and the defendant alleged exceptions.

*J. Q. A. Griffin,* for the defendant.

*W. Colburn,* for the plaintiff.

METCALF, J. The plaintiff seeks to recover pay for services rendered in violation of law. He must therefore fail in his suit.

*Exceptions sustained.*